JS - 6
FILED: 3/6/12

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Julio Villatoro,* | CASE NO. CV 12-343-GHK (VBKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *MortgageIT, Inc., et al.,* | |
| Defendants. | |

Pursuant to the Court's February 15, 2012 Order and March 6, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Julio Villatoro's ("Plaintiff") claims against Defendants MortgageIT, Inc., Federal National Mortgage Association, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., and Recontrust Company, N.A. are **DISMISSED**.  Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: March 6, 2012

_____
GEORGE H. KING
United States District Judge